**Joann Jeffries RAMSEUR,
Plaintiff—Appellant,**

v.

**UNITED STATES of America,
Defendant—Appellee.**

No. 07–2135.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 24, 2008.

---

* The parties consented to the jurisdiction of the magistrate judge, pursuant to 28 U.S.C.

Joann Jeffries Ramseur, Appellant Pro Se. James A. Frederick, Goodell, Devries, Leech & Dann, LLP, Baltimore, Maryland; Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joann Jeffries Ramseur appeals the magistrate judge's order * granting summary judgment in favor of the defendant, the United States of America, and dismissing her claim under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–2680 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ramseur v. United States,* No. 8:06–cv–02995–WGC (D.Md. Oct. 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

§ 636(c) (2000).